UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22302-CIV-ZLOCH

CREATIVE HOSPITALITY VENTURES, INC.,
et al.,

       Plaintiffs,

vs.                                                                                    <u>O R D E R</u>

UNITED STATES LIABILITY INSURANCE
COMPANY d/b/a UNITED STATES
LIABILITY INSURANCE GROUP, et al.,

       Defendants.
_____/

    THIS MATTER is before the Court upon Defendant Essex Insurance Company's Motion To Dismiss (DE 24). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    A status conference was held on October 14, 2009, wherein the Parties agreed that Defendant Essex Insurance Company, Inc.'s Motion To Dismiss (DE 24) would be converted into a Motion For Summary Judgment because the legal issues presented are more appropriately addressed by summary judgment.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Defendant Essex Insurance Company, Inc.'s Motion To Dismiss (DE 24) be and the same is hereby **DENIED** and pursuant to agreement of the Parties the Defendant's Motion To Dismiss (DE 24) be and the same is hereby converted into Defendant Essex Insurance Company's

Motion For Summary Judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of March, 2010.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record