UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22302-CIV-ZLOCH

CREATIVE HOSPITALITY VENTURES, INC.,
et al.,

    Plaintiffs,

**FINAL JUDGMENT**

vs.

UNITED STATES LIABILITY INSURANCE
COMPANY d/b/a UNITED STATES
LIABILITY INSURANCE GROUP, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Defendant Essex Insurance Company's Motion For Summary Judgment. For the reasons expressed in this Court's Order granting Defendant's Motion, entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Defendant Essex Insurance Company. Plaintiffs shall take nothing by this action and said Defendant shall go hence without day;

    2. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot; and

    3. The Court retains jurisdiction solely for the purpose of awarding any attorneys fees or costs that may be appropriate. See S.D. Fla. L.R. 7.3.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   23rd   day of March, 2011.

                                                    _____
                                                    WILLIAM J. ZLOCH
                                                    United States District Judge

Copies furnished:

All Counsel of Record